the trial judge was correct in granting the defendant's Motion for Summary Judgment. (*Gawel v. Chicago American Publishing Co.*, 1 Ill.App. 3d 481.) The judgment is affirmed.

Judgment affirmed.

GOLDBERG, P. J., and LYONS, J., concur.

In re APPLICATION OF COUNTY TREASURER AND EX-OFFICIO COUNTY COLLECTOR OF COOK COUNTY FOR JUDGMENT AND ORDER OF SALE AGAINST CERTAIN REAL ESTATE—(JOHN A. HUTTER *et al.*, Objectors-Appellants.)

(No. 56474;

First District—May 1, 1972.

*Rehearing denied May 23, 1972.*

Opinion by Mr. JUSTICE BURKE.

John A. Hutter, *pro se.*

Edward V. Hanrahan, State's Attorney, of Chicago, (Vincent Bentivenga and James A. Rooney, Assistant State's Attorneys, of counsel,) for appellee.